# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
AUG 2 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Steven D. Donovan

vs.

Case Number:    05-1218

Rick Veach, Warden
FCI Pekin, Illinois

**DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered dismissing the Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 USC Section 2241 for lack of jurisdiction.

ENTER this 19th day of August, 2005

s/John M. Waters
JOHN M. WATERS, CLERK

s/R. Knox
_____
BY:  DEPUTY CLERK

05-1218.wpd