## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

|  |  |  |
|---|---|---|
| STEVEN D. DONOVAN, | ) | |
|  | ) | |
| Petitioner, | ) | |
|  | ) | |
| v. | ) | No. 05-1218 |
|  | ) | |
| RICK VEACH, Warden, | ) | |
| FCI Pekin, Illinois, | ) | |
|  | ) | |
| Respondent. | ) | |

# **O R D E R**

Donovan filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his federal conviction.  The Court dismissed the petition for lack of jurisdiction in an order of August 19, 2005.  Donovan's motion for leave to amend his § 2241 petition arrived at the clerk's office days later on August 22.  The motion concerns the procedural propriety of Donovan's § 2241 petition.  After reviewing it, the Court adheres to its previous ruling, and the motion for leave to amend (docket no. 5) is DENIED.


Signed this <u>22d</u> day of August 2005.

/s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge