E-FILED
Tuesday, 06 September, 2005  01:14:47 PM
Clerk, U.S. District Court, ILCD

FILED
SEP - 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

STEVE DONOVAN,
    Petitioner,

v.                                    Case No. 05-1218

R. V. VEACH, WARDEN,
    Respondent.

## NOTICE OF APPEAL

Now comes Steve Donovan, petitioner, pro se and gives NOTICE OF APPEAL in the above styled case.

Signed on this the <u>31st</u> day of August, 2005.

Respectfully submitted,

*Steve Donovan*

Steve Donovan #032903-089
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000