## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                              Docket No.: 05-1218

Division: Peoria

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

Steve Donovan                    v.     Alberto Gonzales, etal

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Steven Donovan                              Name:

Firm: FCI PEKIN                                   Firm:

Address: PO Box 5000                              Address:

Pekin, IL. 61555

Phone: (309) 346-8588                             Phone:

---

Judge: Joe B. McDade                       Nature of Suit Code:   530

Court Reporter: N. Mersot                  Date Filed in District Court:  8/1/5

                                           Date of Judgment: 8/22/5

                                           Date of Notice of Appeal: 9/6/5

Counsel:   ___Appointed      ___Retained    __X_Pro Se

Fee Status:   ___Paid    __X_Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    X___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide  (USM#): 03293-089

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**