UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
SEP 27 2005
JOHN M. WA...
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Steven D. Donovan,
    Petitioner,

vs.

RICK VEACH, Warden,
FCI Pekin, Illinois,
    Respondent.

DOCKETING STATEMENT

CIVIL CASE NO. 051218

## I. JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction as a civil action arising under the laws of the United States pursuant to 28 U.S.C. § 2241 and § 1331.

## II. JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final decision of the U.S. District Court for the Central District of Illinois, Peoria Division entered on August 19, 2005. by Judge Joe B. McDade [unsigned Order]. The United States Court of Appeals for the Seventh Circuit has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291 and § 2253(a).

The Notice of Appeal was filed with the District Court on September 6th, 2005.

Dated at Pekin Illinois, this 22 day of September, 2005.

Steven D. Donovan
Reg. No. 03293-089
FCI Pekin
P.O. Box 5000
Pekin, IL. 61555-5000