E-FILED
Friday, 30 September, 2005  11:34:46 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| STEVEN D. DONOVAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 05-1218 |
| | ) |
| RICK VEACH, Warden, | ) |
| FCI Pekin, Illinois, | ) |
| | ) |
| Respondent. | ) |

## O R D E R

Before this Court is Petitioner Steven D. Donovan's Motion/Affidavit for Leave to Appeal In Forma Pauperis [Doc. #10]. Because Petitioner's appeal is "not taken in good faith," the Court will deny his Motion.

Under 28 U.S.C. § 1915(a)(3), the Court is required to screen Petitioner's appeal to determine whether it is taken in good faith. See Lee v. Clinton, 209 F.3d 1025, 1026 (7th Cir. 2000). To meet the "good faith" requirement, a court must "find that a reasonable person could suppose that the appeal has some merit." Walker v. O'Brien, 216 F.3d 626, 632 (7th Cir. 2000) (citations omitted).

On August 19, 2005, this Court denied Donovan's petition for writ of habeas corpus under 28 U.S.C. § 2441 for lack of jurisdiction [Doc. #3]. Accordingly, the Court finds Petitioner's appeal is not taken in good faith and his motion is denied.

IT IS THEREFORE ORDERED that Petitioner's Motion/Affidavit for Leave to Appeal In Forma Pauperis [Doc. #10] is DENIED.

Entered this  29  day of September 2005.

                                                      /s/ Joe B. McDade
                                                      JOE BILLY McDADE
                                       United States District Judge