E-FILED
Friday, 07 October 2005 02:19:43 PM
Clerk, U.S. District Court, ILCD

IN THE
SEVENTH CIRCUIT COURT OF APPEALS
APPEAL No. 05-3652

**FILED**

OCT 7 - 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN D. DONOVAN | |
| Petitioner-Appellant, | Appeal from the United States District Court for the Central of Illinois. |
| -vs- | |
| RICK V. VEACH, WARDEN, | |
| Respondent-Appellee. | Case No. 05-C-1218 Honorable Billy Joe McDade presiding, Judge. |

**MOTION FOR EXTENTION OF TIME**

FACTS

On September 13th, 2005, I recieved a Order from the U.S Court of Appeals for the Seventh Circuit, Ordering the appellant Steven Donovan to file on or before September 27, 2005 a brief memorandum, stating why this appeal should not be summaryily be affirmed; the Memorandum should include a detailed history of any prior request for collateral relief.

(1). I recieved this letter/order from the Office of the Clerk, U.S. Court of Appeals for the Seventh Circuit **(9)** days later; delivered on 9/23/05, by Offier T. Staggs, at Pekin Federal Correctional Institution via normal mail routing. ie.not through legal mail method of delievery.

(2). To respond properly I require the legal assistance of my Brohter Vincent Donovan, #:03298-089, who is incarcerated at Federal Prison Camp Yankton, Sd. mailing address of PMB 700-unit 57078.

(1)

Given the foregoing factors of lateness of the arrival of the Order, coupled with the fact I am in need of my brother's assistance to litigate this matter properly, his seperation and distance from me to render assistance on the matter.

I request in the interest of justice and judical ecomony to extend the time for filing the memorandum for a period of 60 days or whatever time the court deems appropriate given the facts of the matter before the court as plead.

Respectfully Submitted,

*Steven D. Donovan*
Steven Donovan Pro-se
# 03293-089
P.O. Box 5000
Pekin Federal Correctional Inst.
Pekin, Illinois 61555-5000

Dated 9/24/2005

RE. Steven D. Donovan V. USA NO. 05-3652

(2)

Certificate of Service

I Steven D Donovan, does hereby Certify that I deposited Three True and Correct Copy of the Motion For Extention of Time in the Institution's internal mailing System on this (24th day of September /05) This Motion and Certificate of Service has been Newly affixed and first Class postage addressed to: United States Court of appeal, For the Seventh Circuit on Sept. 5/c 219 S. Dearborn Street, Chicago Illinois 60604-1874.

Also Sent, One Copy to the United States District Court for the Central District of Illinois NO. 05 C 1218

~~[scribbled out]~~

Office of the Clerk  Room #309  Federal Building
100 N.E. Monroe, Peoria, Illinois, 61602

Steven D. Donovan  Pro. Se
# 03293-089
P.O. Box 5000
Pekin Federal Correctional Inst.
Pekin Ill. 61555-5000

Dated October 5th/05
Steve D. Donovan

OFFICE OF THE CLERK
United States Court of Appeals
For the Seventh Circuit
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604-1874

OFFICIAL BUSINESS

BOS

Received this letter/order
9/23/05 from Officer #
/s/ Sgt.

GREETINGS
FROM
Bay Rd