E-FILED
Thursday, 16 March, 2006  12:33:37 PM
Clerk, U.S. District Court, ILCD

FILED
MAR 16 2006
JOHN M. WATERS, Clerk
U.S DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CERTIFIED COPY
A True Copy:
Teste:
Clerk of the United States
Court of Appeals for the
Seventh Circuit.

CERTIFIED COPY
A True Copy:
Teste:
Clerk of the United States
Court of Appeals for the
Seventh Circuit.

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted November 23, 2005
Decided January 19, 2006

Before

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

No. 05-3652

| | |
|---|---|
| STEVEN DONOVAN,<br>*Petitioner-Appellant,*<br><br>v.<br><br>RICK V. VEACH,<br>*Respondent-Appellee.* | Appeal from the United States District Court for the Central District of Illinois<br><br>No. 05-1218<br><br>Joe B. McDade,<br>*Judge.* |

### ORDER

Steven Donovan was convicted of cocaine trafficking and sentenced to life imprisonment; we affirmed his conviction on appeal, *United States v. Donovan*, 24 F.3d 908 (7th Cir. 1994), and the denial of his initial collateral attack, *see Donovan v. United States*, No. 95-2720, 1996 WL 735589 (7th Cir. Dec. 18, 1996). Although Donovan filed two more collateral attacks after the release of *Massaro v. United States*, 538 U.S. 500 (2003), neither attack succeeded. *Donovan v. United States*, No. 04-1391 & 04-1736 (7th Cir. Apr. 8, 2004) (unpublished order); *Donovan v. United States*, No. 03-3022 (7th Cir. Aug. 18, 2003) (unpublished order).

Donovan now appeals the denial of his fourth attempted collateral attack, a petition under 28 U.S.C. § 2241, arguing that he is actually innocent of his statute of conviction. The district court dismissed the case for lack of jurisdiction because his argument was premature. However, the court should have analyzed Donovan's case as an unauthorized successive collateral attack and dismissed the case under *Nunez v. United States*, 96 F.3d 990 (7th Cir. 1996).

Accordingly, we VACATE the district court's judgment and REMAND the case with directions to dismiss under *Nunez*. Donovan's motion to proceed in forma pauperis is also DENIED.

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604
NOTICE OF ISSUANCE OF MANDATE



FILED

MAR 1 6 2006

JOHN M. WATERS, Clerk
U.S DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DATE:     March 13, 2006

TO:        John M. Waters
            United States District Court
            Central District of Illinois
            Room 309
            100 N.E. Monroe Street
            Peoria, IL   61602

FROM:     Gino J. Agnello, Clerk

RE:        05-3652
            Donovan, Steven D. v. Veach, Rick V.
            05 C 1218, Joe Billy McDade, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[X] No record filed
[ ] Original record on appeal consisting of:

**ENCLOSED:**                                                **TO BE RETURNED AT LATER DATE:**

[ ]     Volumes of pleadings                   [ ]
[ ]     Volumes of loose pleadings           [ ]
[ ]     Volumes of transcripts                 [ ]
[ ]     Volumes of exhibits                     [ ]
[ ]     Volumes of depositions                 [ ]
[ ]     In Camera material                      [ ]
[ ]     Other_____ [ ]

Record being retained for use                   [ ]
in Appeal No. _____

Copies of this notice sent to:        Counsel of record
[ ]     United States Marshal
[ ]     United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____        _____
(1071-120397)                            Deputy Clerk, U.S. District Court