# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## AMENDED
## JUDGMENT IN A CIVIL CASE



**FILED**

APR 1 3 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**STEVEN D. DONOVAN**

vs.   Case Number:   **05-1218**

**ALBERTO R. GONZALES and**
**RICK VEACH**

   **DECISION BY THE COURT**. This action came before the Court and judgment is entered pursuant to Mandate by Court of Appeals, Seventh Circuit entered in this case on 3/16/2006.

   **IT IS ORDERED AND ADJUDGED** that Petition for Writ of Habeas Corpus under 28 USC §2241 is dismissed.

ENTER this 12th day of April, 2006

JOHN M. WATERS, CLERK

s/C. Lambie
_____
BY:  DEPUTY CLERK