UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Peoria Division

FILED
JUN 19 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Steven D. Donovan,
    Petitioner,

v.

RICK VEACH, Warden,
FCI Pekin, Illinois,
    Respondent.

**NOTICE OF APPEAL**

No. 05-cv-1218-JBM

    Notice is hereby given that Steven D. Donovan, Petitioner, appeals to the United States Court of Appeals for the Seventh Circuit from the final Order/Judgment entered in this action on the 13th day of April, 2006, resulting in the dismissal of a Petition under filed under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody.

Submitted this 15th day
of June, 2006.

                                        Steven D. Donovan, pro se
                                        Reg. No. 03293-089
                                        FCI Pekin
                                        P.O. Box 5000
                                        Pekin, IL 61555-5000