

E-FILED
Monday, 19 June, 2006 12:17:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Peoria Division

**FILED**
JUN 19 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Steven D. Donovan,
    Petitioner,

vs.

RICK VEACH, Warden,
FCI Pekin, Illinois,
    Respondent.

**DOCKETING STATEMENT**
Case No. 05-1218

## I. JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction as a civil action arising under the laws of the United States pursuant to 28 U.S.C. §2241 and 28 U.S.C. §1331 to grant relife in a habeas corpus petition.

## II. JURISDICTION OF THE COURT OF APPEALS

The appeal is taken from the final decision of the U.S. District Court for the Central District of Illinios (Peoria Division) entered on April 13, 2006, by Judge Joe Billy McDade. The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. §1291

Steven D. Donovan, pro se
Reg. No. 03293-089
FCI Pekin
P.O. Box 5000
Pekin, IL. 61555-5000