E-FILED
Monday, 19 June, 2006  12:28:19 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                                         Docket No.: 05-1218

Division: Peoria

***Plaintiff (Petitioner)    Short Caption    Defendant (Respondent)***

Steven Donovan                        v.        Rick Veach, etal

---

**Current Counsel for Plaintiff (Petitioner):**         **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Steven Donovan                               Name:

Firm: c/o FCI PEKIN                                Firm:

Address: PO Box 5000                               Address:

Pekin, IL. 61555

Phone: 309-346-8588                                Phone:

---

Judge: Joe B. McDade                               Nature of Suit Code:  530

Court Reporter: N. Mersot                          Date Filed in District Court: 8/1/5

                                                   Date of Judgment: 4/12/06

                                                   Date of Notice of Appeal: 6/19/06

Counsel:   ___Appointed      ___Retained    ___Pro Se

Fee Status:    ___Paid     __X _Due    ___IFP      ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    X___Yes    ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide US Marshal's # 03293-089

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**