UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| | | |
|---|---|---|
| CLERK OF THE COURT | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |

**FILED**

JUN 23 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   06-2685             Docketed on: 6/19/06
Short Caption:         Donovan, Steven v. Veach, Rick
District Court Judge:  Joe Billy McDade
District Court No.:    05 C 1218

If you have any questions regarding this appeal, please call this office.

(1003-012490)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### CIRCUIT RULE 3(b) NOTICE

**Date: June 21, 2006**
**Re:** Donovan, Steven v. Veach, Rick
    Appeal No.: 06-2685

Appeal from the United States District Court for the
Central District of Illinois
No. 05 C 1218, Joe Billy McDade, Judge

To:     Steven D. Donovan
        FEDERAL CORRECTIONAL INSTITUTION
        #03293-089
        P.O. Box 7000
        Pekin, IL  61555


        Circuit Rule 3(b) empowers the clerk to dismiss an appeal
if the docket fee is not paid within fourteen (14) days of the
docketing of the appeal.  This appeal was docketed on 6/19/06.
The District Court has indicated that as of 6/19/06 the docket
fee has not been paid.  Depending on your situation, you should:

  1. Pay the required $450.00 docketing fee PLUS the $5.00
     notice of appeal filing fee to the District Court Clerk,
     **if you have not already done so.**  The Court of Appeals
     cannot accept this fee.  You should keep a copy of the
     receipt for your records.

  2. File a motion to proceed on appeal in forma pauperis
     with the District Court, along with a certified copy of your
     prison trust account statement for the 6 month period preceding
     the filing of the notice of appeal, **if you have not already
     done so**.  An original and three copies of that motion,
     with proof of service on your opponent, is required.  This
     motion must be supported by a sworn affidavit in the form
     prescribed by Form 4 of the Appendix of Forms to the Federal
     Rules of Appellate Procedure (as amended 12/1/98), listing the
     assets and income of the appellant(s).

  3. If the motion to proceed on appeal in forma pauperis is
     denied by the district court, you must either pay the
     required $450.00 docketing fee PLUS the $5.00 notice of
     appeal filing fee to the District Court Clerk, within 14
     days after service of notice of the action of the district
     court, or within 30 days of that date, renew your motion
     to proceed on appeal in forma pauperis with this court.
     If the motion is renewed in this court, it must comply with
     the terms of Fed. R. App. P. 24(a).

        If one of the above stated actions is not taken, the appeal

       will be dismissed.

(1259-032800)
bcc:  'John M. Waters