FILED
JUN 30 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SCANNED
DATE: 6/30/6  BY: ___

E-FILED
Friday, 30 June, 2006  10:24:04 AM
Clerk, U.S. District Court, ILCD

Original copy(s)

Steven D. Donovan
Case # 06-2685
Rick V. Veach, Warden

U.S. District Court
For the Central District
of Illinois   05-C-1218
Joe Billy McDade

Motion For Extension of Time
To File Notice of Appeal & Jurisdictional Statement with Accompanying ~~Notice~~ Notarized Statement or Declaration under 28 U.S.C. §1746 Setting forth the date the Notice of Appeal was sent or deposited in the prison's internal mail-System with proper Affixed U.S. postage Stamps.

1) The Notice of Appeal as to Case 05-C-1218 was mailed through the Mail-Room on Friday June, 16th, 2006 here at F.C.I Pekin, Illinois at 11:45, after following a 3-day Inmate Lock-down of Entire Inmate population, here at the Federal Correctional Institution. The prison was Locked-down from the Evening of Monday June 12th, to the Evening of Thursday June 15th, 2006. So, do to no-fault of my own, I could not make the deadline for the Notice of appeal. I also was unable to place the Notice of appeal and Jurisdictional Statement in a internal Legal-Mail Box here at F.C.I Pekin because it has been taken out of prison here. Instead mail has to be taken by person to Mail-Room between offered times only of 11:00 am to 12:30 pm. Inmates cannot take mail to Mail-Room during total Lock-down of Institution. The prison came off of Lock-down on Thursday June 15th, 2006 at 5:30 pm.

(2) over

Steven D. Donovan
03293-089

p(2)

The Notice of appeal and Jurisdictional Statement was mailed out, on the same day, month and year June 16th, 2006 as my Petition for a Writ of Certiorari, to U.S. Supreme Court, with a letter that is duplicative of this Motion, Stating why this brief/petition to U.S. Supreme Court, could be late. If legal mail is mailed out on Friday or any Friday's through, legal-mail Room, the personel or Staff here at F.C.I. Pekin, Ill. will not mail it out until Mondays, as they stated this information to me, So I Steven Donovan was unable to send mail out or legal mail out until Friday June 16th 2006.

2. The U.S. Court of Appeals for the Seventh Circuit Stated on page (2) of its June, 22nd, 2006 letter that in the alternative of Notice appellant Steven Donovan as known from 91CR-265, Stated may file a Notarized statement or Declaration in Compliance with 28 U.S.C. 1746, Setting forth the date the Notice of appeal was deposited in prisons internal mail System with prepaid U.S. postage affixed to legal-mail.

3. I am not a qualified para-legal or attorney, licence attorney.
I Steven D. Donovan Declare under penalty of perjury, that the forgoing is true and Correct under 28 U.S.C §1746. Notice of appeal was sent out through the F.C.I. Pekin Mail-Room here at Pekin, Ill.

p(3)

4) Attached is a copy of the letter that was sent to U.S. Supreme Court, that was mailed the same day as the Notice of appeal as to Case 05-C-1218 was sent out June 16th 2006 through the Prison's Internal Mail-Room.

Please allow Steven Donovan a 15 or 20 day Extension of time to file a Notice of ~~appeal~~ appeal and Jurisdictional Statement in Case 06-2685 U.S. appeal Court Case no# based on information given as to 3-day lockdown in Motion. Thank you.

Steven D. Donovan
#03293-089
Federal Correctional
Institution F.C.I
Pekin Ill. P.O. Box 5000
Pekin Ill. 61555
Indiana(2) #136

6/15/06

This letter is to the Clerk of the U.S. Supreme Court, due to No-fault of my own. The Prison here at F.C.I Pekin and all Inmates were in a Lock-down for 3 days from the Evening of Monday June 12th to Thursday June 15th, and I could not place this in a External legal Mail Box, because it has been taken out of Institution here at Pekin. I can only Mail my brief out through the legal Mail Room from 11:00 am to 12:30 pm and Friday the 16th of June was the only day I would be able to do this. I Received my Petition for Writ of Certiorari on the Evening of June 15th, 2006 at 4:30 pm. I could not of placed in the External Mail Box here. Mail is given out to Inmates here at F.C.I Pekin at the 4:30 pm Mail Call Monday thru Friday, I was released from Lockdown Thursday the 15th of June 2006 Please allow me a few days to Receive my Cert. Thank you

Steve Donovan
# 03293-059

Proff of Service:

I Steven Donovan, do declare on this 28th day of June 2006, I have Served the Enclosed 1-Copy of, Motion for Extension of time and Notorized Statement or Declaration/under 28 U.S.C §1746. (Case No. 05-C-1218) Setting forth the date the Notice of appeals, was sent out or deposited in the prisons internal mail-Room, Here at F.C.I Pekin, Mailed to U.S. District Court, Central District of Ill. Room #(309) Federal Building, 100. N.E Monroe, Peoria, Ill 61602 - Clerk of Courts. and also one copy to, United States attorneys Jan Paul miller on Technology Plaza. 211 Fulton St. Peoria Ill. 61602. Propes U.S. Postage Affixed. Signed under penalty of perjury 28 U.S.C §1746.

dated 6/28/06

Steven D. Donovan
03293-089
F.C.I Pekin P.O Box 5000 Pekin Ill. 61555