E-FILED
Wednesday, 05 July, 2006 03:10:40 PM
Clerk, U.S. District Court, ILCD

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit



FILED
JUL 0 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Steven D. Donovan )
) Appeal from the United States District Court for
) Central District of Illinois
v.   Case No. 06-2685 )
           warden )  District Court No. 05-C-1218
Rick V. Veach )
) District Court Judge Joe Billy McDade
)

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 6/27/06

My issues on appeal are: On August 1st, 2005, Petitioner applied for a Writ of Habeas Corpus, pursuant to 28 USC §2241, "Absent Congressional intent, the U.S. Government lacked legal authority (i.e. juris- -diction) to Charge Petitioner under 21 USC §841 considering he was is not of the class of persons whom the statue sweeps into its criminal ambit

**A.** For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $24.72 | $N/a | $15.00 | $N/a |
| Self-employment | $0 | $N/a | $0 | $N/a |
| Income from real property (such as rental income) | $0 | $N/a | $0 | $N/a |
| Interest and dividends | $0 | $N/a | $0 | $N/a |
| Gifts | $0 | $N/a | $0 | $N/a |
| Alimony | $N/a | $N/a | $N/a | $N/a |
| Child support | $N/a | $N/a | $N/a | $N/a |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $N/a | $0 | $N/a |
| Disability (such as social security, insurance payments) | $0 | $N/a | $0 | $N/a |
| Unemployment payments | $0 | $N/a | $0 | $N/a |
| Public-assistance (such as welfare) | $0 | $N/a | $0 | $N/a |
| Other (specify):_____ | $0 | $N/a | $0 | $N/a |
| **Total monthly income:** | $24.72 | $N/A | $15.00 | $N/a |

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| BoP | Washington, DC. | 1992-2006 | 24.72 |
|  |  |  |  |
|  |  |  |  |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/a |  |  |  |
|  |  |  |  |
|  |  |  |  |

4. How much cash do you and your spouse have? $ -0-
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
|  |  |  | N/a |
|  |  |  |  |
|  |  |  |  |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/a | -0- | Make & year: -0- |
|  |  | Model: |
|  |  | Registration # |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: NONE | NONE | NONE |
| Model: |  |  |
| Registration # |  |  |

2

**6. State every person, business, or organization owing you or your spouse money, and the amount owed.**

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | -0- | -0- |
| | | |
| | | |

**7. State the persons who rely on you or your spouse for support.**

| Name | Relationship | Age |
|---|---|---|
| NONE | | |
| | | |
| | | |

**8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.**

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br>    Are real estate taxes included? [ ] Yes [ ] No <br>    Is property insurance included? [ ] Yes [ ] No | $ 0 | $ N/a |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ N/a |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/a |
| Food | $ 0 | $ N/a |
| Clothing | $ 0 | $ N/a |
| Laundry and dry-cleaning | $ 0 | $ N/a |
| Medical and dental expenses | $ 0 | $ N/a |
| Transportation (not including motor vehicle expenses | $ 0 | $ N/a |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/a |
| Insurance (not deducted from wages or included in mortgage payments) <br> Homeowner's or renter's | $ 2.00 | $ N/a |

| | | |
|---|---|---|
| Life | $ 0 | $ N/a |
| Health | $ 0 | $ N/a |
| Motor vehicle | $ 0 | $ N/a |
| Other: NONE | $ | $ N/a |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ N/a | $ N/a |
| Installment payments | $ 0 | $ N/a |
| Motor Vehicle | $ 0 | $ N/a |
| Credit card (name): | $ 0 | $ N/a |
| Department store (name): | $ 0 | $ N/a |
| Other: NONE | $ | $ N/a |
| Alimony, maintenance, and support paid to others | $ N/a | $ N/a |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ N/a | $ N/a |
| Other (specify): NONE | $ 0 | $ N/a |
| Total monthly expenses: | $ 0 | $ N/a |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [X] No   If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No   If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I am a Federal Prisoner. The U.S. Government has seized and sold everything I owned. Any monies I've recieved from family and friends is strictly loans that must be re-payed.

13. State the address of your legal residence.

B.O.P Federal Correctional Institution
P.O. Box 5000, Pekin, Illinois 61555
Indiana (2) #136

Your daytime phone number: (___) N/A

Your age: 49   Your years of schooling: 13 Tec

Your social-security number: 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

# Inmate Inquiry

| | |
|---|---|
| Inmate Reg #: | 03293089 |
| Inmate Name: | DONOVAN, STEPHEN |
| Report Date: | 06/26/2006 |
| Report Time: | 8:22:50 AM |
| Current Institution: | Pekin FCI |
| Housing Unit: | INDIANA |
| Living Quarters: | B05-136U |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8612 |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 4/11/2002 3:47:50 PM |
| Sort Codes: | |
| Last Account Update: | 6/20/2006 6:37:54 PM |
| Account Status: | Active |
| Phone Balance: | $0.15 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.37 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.37 |
| National 6 Months Deposits: | $403.92 |
| National 6 Months Withdrawals: | $404.25 |
| National 6 Months Avg Daily Balance: | $24.72 |
| Local Max. Balance - Prev. 30 Days: | $24.72 |
| Average Balance - Prev. 30 Days: | $9.25 |



## Commissary History

### Purchases

Validation Period Purchases: $6.90
YTD Purchases: $617.80
Last Sales Date: 6/20/2006 6:37:54 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $6.90
Remaining Spending Limit: $283.10

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:



Steven D. Donovan

Case No # 06-2685

vs

Rick V. Veach Warden

Appeal From the District Court, For the Central District of Ill.

No. 05-c-1218

Judge Joe Billy McDade

Proof of Service:

I Steven Donovan do declare on this 28th day of June, 2006, I have Served the enclosed (1) copy motion Affidavit accompanying Motion for permission to appeal in forma-Pauperis, To The Clerk of Courts, for the United States District Court, for the Central district of Ill. Rm (309) Federal Building 100 NE. Monroe, Peoria Ill. 61602 also Serving one copy to the United States attorney's Office att. Jan Paul Miller on Technology Plaza, 211 Fulton St., Peoria Ill. 61602. Signed under the penalty of perjury 28 U.S.C. § 1746. With proper U.S. postage Affixed,

dated 6/28/06

Steven D. Donovan
03293-089
Federal Correctional
Institution P.O Box 5000
Pekin Illinois 61555