## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

```
STEVEN D. DONOVAN,              )
                                )
        Petitioner,              )
                                )
    v.                          )       No. 05-1218
                                )
RICK VEACH, Warden,             )
FCI Pekin, Illinois,            )
                                )
        Respondent.             )
                                )
```

# **O R D E R**

Before the Court is Petitioner Steven D. Donovan's ("Donovan") Motion for Extension of Time to File Notice of Appeal and Jurisdictional Statement [Doc. #22]. Because Donovan's appeal has already been docketed by the Seventh Circuit Court of Appeals as of June 19, 2006, see [Doc. #21], his Motion is hereby DENIED as MOOT.

ENTERED this  13th  day of July, 2006.

/s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge