E-FILED
Friday, 14 July, 2006  02:36:59 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| STEVEN D. DONOVAN, | ) |
|     Petitioner, | ) |
|     v. | )    No. 05-1218 |
| RICK VEACH, Warden, | ) |
| FCI Pekin, Illinois, | ) |
|     Respondent. | ) |

## **O R D E R**

Before the Court is Petitioner Steven D. Donovan's ("Donovan") Motion/Affidavit for Leave to Appeal In Forma Pauperis [Doc. #23]. Because Donovan's appeal is "not taken in good faith," the Court will deny his Motion.

Under 28 U.S.C. § 1915(a)(3), the Court is required to screen Petitioner's appeal to determine whether it is taken in good faith. See Lee v. Clinton, 209 F.3d 1025, 1026 (7th Cir. 2000). To meet the "good faith" requirement, a court must "find that a reasonable person could suppose that the appeal has some merit." Walker v. O'Brien, 216 F.3d 626, 632 (7th Cir. 2000) (citations omitted).

On April 12, 2006, pursuant to the Seventh Circuit's instructions upon remand, this Court denied Donovan's petition for writ of habeas corpus under 28 U.S.C. § 2241 because it was an unauthorized successive collateral attack on his federal conviction. See [Doc. #16]. Accordingly, the Court finds that a reasonable person could not suppose that Donovan's appeal has some

merit, since the Seventh Circuit Court of Appeals has already deemed his habeas petition to be unauthorized successive collateral attack on his federal conviction.

IT IS THEREFORE ORDERED that Petitioner's Motion/Affidavit for Leave to Appeal In Forma Pauperis [Doc. #23] is DENIED.

ENTERED this  13th  day of July, 2006.

       /s/ Joe B. McDade
       JOE BILLY McDADE
   United States District Judge