# United States Court of Appeals

## For the Seventh Circuit

## Chicago, Illinois 60604

### CIRCUIT RULE 3(b) NOTICE

E-FILED
Friday, 21 July, 2006 12:27:46 PM
Clerk, U.S. District Court, ILCD

**FILED**

JUL 2 1 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: July 19, 2006

No. 06-2685

STEVEN D. DONOVAN,
      Petitioner - Appellant

  v.

RICK V. VEACH, Warden,
      Respondent - Appellee


TO:    Steven D. Donovan
       FEDERAL CORRECTIONAL INSTITUTION
       #03293-089
       P.O. Box 7000
       Pekin, IL  61555


Appeal from the United States District Court for the
Central District of Illinois
No. 05 C 1218, Joe Billy McDade, Judge

      This court's records indicate that on 07/13/06 the District
Court denied your motion to proceed in forma pauperis.

Pursuant to Federal Rule of Appellate Procedure 24(a),

     **WITHIN THE NEXT 30 DAYS YOU MUST <u>EITHER</u>:**

1. Pay the required $450.00 docketing fee PLUS the $5.00 filing
   fee ($455.00 TOTAL) to the District Court Clerk. The Court
   of Appeals cannot accept this fee. You should keep a copy
   of the receipt for your records.

2. File a motion to proceed in forma pauperis with the Court
   of Appeals. An original and three (3) copies of that motion,
   with proof of service on your opponent, is required. This
   motion must be supported by an affidavit in the form of a
   sworn statement listing your assets and income.

     **IF ONE OF THE ABOVE ACTIONS IS NOT TAKEN WITHIN 30 DAYS
FROM THE DATE LISTED ABOVE, YOUR CASE WILL BE DISMISSED,
PURSUANT TO CIRCUIT RULE 3(b).**

(1085-110393)