E-FILED
Monday, 14 August, 2006  11:39:16 AM
Clerk, U.S. District Court, ILCD

CERTIFIED COPY

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

**FILED**
AUG 1 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

August 11, 2006

**Before**

**Hon. Daniel A. Manion,** *Circuit Judge*
**Hon. Michael S. Kanne,** *Circuit Judge*
**Hon. Diane S. Sykes,** *Circuit Judge*

| | |
|---|---|
| STEVEN D. DONOVAN,<br>    Petitioner-Appellant,<br><br>No. 06-2685                         v.<br><br>RICK V. VEACH, Warden,<br>    Respondent-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 05 C 1218<br>]<br>] Joe Billy McDade, Judge. |

### O R D E R

On review of the papers filed by the parties addressing the issue of the timeliness of this appeal,

IT IS ORDERED that this appeal is REMANDED to the district court for the LIMITED purpose of ruling on the merits of petitioner-appellant Steven D. Donovan's "Motion for Extension of Time to File Notice of Appeal". See district court docket no. 22.

We respectfully request the district court to issue its ruling within 30 days of the date of this order.

A True Copy:
Teste:

*[signature]*

Clerk of the United States
Court of Appeals for the
Seventh Circuit.