# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| STEVE D. DONOVAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 05-1218 |
| ) | |
| RICK V. VEACH, Warden ) | |
| ) | |
| Respondent. ) | |

## RESPONDENT'S NOTICE TO THE COURT

NOW COMES the Respondent, Rick V. Veach, through his attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Greggory R. Walters, Assistant United States Attorney, and for its notice to the Court states as follows:

1. On August 11, 2006, the United States Court of Appeals for the Seventh Circuit entered an order in Appeal No. 06-2685 remanding the above-captioned matter for the limited purpose of this Court's ruling on the petitioner's motion for extension of time to file notice of appeal. The Seventh Circuit requested that this Court rule on the petitioner's motion within 30 days, or by September 11, 2006.

2. The respondent is providing this Court with notice of its intent to file a response to the petitioner's motion for extension of time. The undersigned

AUSA has drafted the response, but is waiting on a declaration from one or more prison officials concerning certain factual matters the petitioner raises in his motion for extension of time.

3.    Unless otherwise directed by this Court, the respondent intends to have his response on file not later than close of business on Tuesday, August 22, 2006.

>Respectfully submitted,
>
>RICK V. VEACH
>RESPONDENT
>
>RODGER A. HEATON
>UNITED STATES ATTORNEY
>
>By:    /s/Greggory R. Walters
>    Greggory R. Walters
>    Assistant United States Attorney
>    One Technology Plaza
>    211 Fulton Street, Ste. 400
>    Peoria, Illinois 61602
>    Tel: 309.671.7050
>    Fax: 309.671.7259
>    E-mail: greggory.walters@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2006, I electronically filed the foregoing Notice to the Court with the Clerk of the Court using the CM/ECF system, and I hereby certify that a copy of the Notice has been made on the petitioner by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Steven D. Donovan
Reg. No. 03293-089
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

/s/Debra L. Hansen
Debra L. Hansen
Legal Assistant