E-FILED
Monday, 21 August, 2006  10:27:16 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STEVE D. DONOVAN, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 05-1218 |
| RICK VEACH, Warden | ) Hon. Joe B. McDade ) ) |
| Respondent. | ) ) |

DECLARATION OF GUY PAGLI

I, Guy Pagli, hereby declare and state the following:

1. I am currently employed as a Lieutenant at the Federal Correctional Institution in Pekin, Illinois ("FCI Pekin"). I have held this position since February 1998 and have been employed with the Bureau of Prisons (BOP) since August 8, 1992. At the present time, I am serving as the Acting Captain at FCI Pekin.

2. FCI Pekin was on lockdown status beginning on June 12, 2006, at 6:05 PM. The lockdown ended and normal operations resumed on June 15, 2006, at 7:40 AM. During that time, inmates were confined to their housing unit cells and were fed in their cells.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 15th day of August, 2006.

Guy Pagli, Acting Captain
Federal Correctional Institution
Pekin, Illinois

ATTACHMENT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STEVE D. DONOVAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 05-1218 |
| ) | Hon. Joe B. McDade |
| RICK VEACH, Warden ) | |
| ) | |
| Respondent. ) | |

DECLARATION OF TAMMY GIRARD

I, Tammy Girard, hereby declare and state the following:

1. I am currently employed as the Supervisory Inmate Systems Specialist at the Federal Correctional Institution in Pekin, Illinois ("FCI Pekin"). I have held this position since December 2005 and have been employed with the Bureau of Prisons (BOP) since September 1997. In my position I am responsible for the general supervision of the mail room, receiving and discharge and inmate records operations.

2. During normal operation at FCI Pekin, legal/special mail[1] must be hand delivered to a staff member. For those inmate in general population, they must hand deliver the legal/special to the Mail Room between 11:00 AM and 12:30 PM each day. The package will be delivered to the post office the following morning. Inmates in segregation can hand the legal/special mail to an officer, who will deliver it to the mail room each morning for processing.

---

[1] The terms legal mail and special mail are used interchangeably. These terms refer to mail which can be sent or received without inspection of the contents by BOP staff. The rules regarding legal/special mail are found at 28 C.F.R. 540.18.

ATTACHMENT B

Declaration of Tammy Girard
Page 2

3. When the institution is on lockdown status, inmates are restricted to their housing unit areas. During these times, procedures like those used in segregation are implemented. Inmates are to hand their legal/special mail to the unit officer or other unit staff, who will forward it to the mail room for processing.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 18th day of August, 2006.

Tammy Girard, SISS
Federal Correctional Institution
Pekin, Illinois