# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

FILED
NOV 15 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

September 29, 2006

**Before**

Hon. Daniel A. Manion, *Circuit Judge*
Hon. Michael S. Kanne, *Circuit Judge*
Hon. Diane S. Sykes, *Circuit Judge*

| | |
|---|---|
| STEVEN D. DONOVAN,<br>    Petitioner-Appellant,<br><br>No. 06-2685    v.<br><br>RICK V. VEACH, Warden,<br>    Respondent-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 05 C 1218<br>]<br>] Joe Billy McDade, Judge. |

O R D E R

On consideration of the papers filed in this appeal, including the district court's order of August 15, 2006, denying appellant's motion to extend the time to appeal,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Rule 4(a) of the Federal Rules of Appellate Procedure requires that a notice of appeal in a civil case in which the United States is a party be filed in the district court within 60 days of the entry of the judgment or order appealed. In this case judgment was entered on April 13, 2006, and the notice of appeal was filed on June 19, 2006, seven days late. The district court denied an extension of the appeal period, see Rule 4(a)(5), and this court is not empowered to grant an extension, see Fed. R. App. P. 26(b).

We further conclude that the district court did not abuse its discretion in denying appellant's motion to extend the time to appeal.