# United States Court of Appeals

## For the Seventh Circuit

Chicago, Illinois 60604

### NOTICE OF ISSUANCE OF MANDATE

DATE: November 13, 2006

TO: John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL  61602

FROM: Clerk of the Court

RE: 06-2685
Donovan, Steven v. Veach, Rick
05 C 1218, Joe Billy McDade, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[X] No record filed
[ ] Original record on appeal consisting of:

**ENCLOSED:**                                                TO BE RETURNED AT LATER DATE:
  [ ]     Volumes of pleadings                                [ ]
  [ ]     Volumes of loose pleadings                          [ ]
  [ ]     Volumes of transcripts                              [ ]
  [ ]     Volumes of exhibits                                 [ ]
  [ ]     Volumes of depositions                              [ ]
  [ ]     In Camera material                                  [ ]
  [ ]     Other _____              [ ]

          Record being retained for use                       [ ]
          in Appeal No. _____

  Copies of this notice sent to:          Counsel of record
  [ ]     United States Marshal
  [ ]     United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____     _____
(1071-120397)                              Deputy Clerk, U.S. District Court

11/15  RK